**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6346**

---

EUGENE HARRISON, a/k/a Eugene Paul Harrison,

                    Plaintiff - Appellant,

      versus

THOMAS MOTEKA, a/k/a Thomas Motycka, Doctor,
individually and in his official capacity;
LEON JOYNER, Director of Physicians Health
Services, individually and in his official
capacity; ARAMARK'S FOOD SERVICES DIRECTOR AND
EMPLOYEES; DIETICIANS, individually and in
their official capacities; BOB CEEFFERS,
Supervisor; OFFICER JARVIS, Alvin S. Detention
Center Officer, individually and in his
official capacity; LIEUTENANT BURROUGH,
individually and in his official capacity;
OFFICER DUKES, individually and in his
official capacity; OFFICER HYDRICK,
individually and in his official capacity;
OFFICER CHANCE, individually and in his
official capacity; NURSE NIKKI, Physicians
Health Services Nurse, individually and in her
official capacity; NURSE SHERRY, individually
and in her official capacity,

                    Defendants - Appellees,

      and

MS. BAKER,

                    Defendant.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Patrick Michael Duffy, District Judge. (9:06-cv-01203-PMD)

Submitted:  July 31, 2007               Decided:  August 8, 2007

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eugene Harrison, Appellant Pro Se.  John K. Blincow, Jr., Ashley S. Heslop, TURNER, PADGET, GRAHAM & LANEY, P.A., Charleston, South Carolina; Joseph DuRant Thompson, III, HAYNSWORTH, SINKLER & BOYD, P.A., Charleston, South Carolina; William Henry Davidson, II, Daniel C. Plyler, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Harrison appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Harrison v. Moteka</u>, No. 9:06-cv-01203-PMD (D.S.C. Feb. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>